IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| PIZZA MY HEART, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:20-CV-77 |
| | ) | |
| LPMH LLC, NATHAN CATES | ) | |
| JONES and REILLEY JONES, | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER, PERMANENT INJUNCTION, and JUDGMENT

The Recommendation of the United States Magistrate Judge was filed in accordance with 28 U.S.C. § 636(b) and, on June 5, 2020, was served on the defendants. Docs. 17, 18. No objections were filed. After consideration of the record, the Court hereby adopts the Magistrate Judge's Recommendation in full. All findings of fact in the Recommendation are adopted for purposes of this case as if made in this Order and Judgment. The Court understands this judgment resolves the case in full and the Clerk shall close the file.

It is **ORDERED** that the motion for default judgment, Doc. 12, is **GRANTED** and judgment is entered against the defendants LMPH LLC, Nathan Scates Jones and Reilley Jones to the extent stated herein.

It is **ORDERED AND ADJUDGED** that defendants LMPH LLC, Nathan Scates Jones and Reilley Jones and all persons and entities acting in concert with them are permanently enjoined and restrained, pursuant to the Court's inherent equitable powers and pursuant to 15 U.S.C. § 1116, from using in any manner in connection with the

defendants' pizza restaurants or the services or goods offered or sold by them, or in connection with any advertising or promotions for such businesses, services or goods, the LIL' PIZZA MY HEART trade name and trademark and related heart logo, or any similar trade name or trademark that is confusingly similar to PIZZA MY HEART and the plaintiffs' heart logo.

This the 26th day of June, 2020.

_____
UNITED STATES DISTRICT JUDGE